AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:20-mj-00082 |
|  | ) | Assigned To : Harvey, G. Michael |
|  | ) | Assign. Date : 5/7/2020 |
|  | ) | Description: Complaint with Arrest Warrant |
| SHEMERA SHAY MACK-SMITH | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SHEMERA SHAY MACK-SMITH,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography, in violation of 18 U.S.C. Section 2252(a)(2)

Date:   05/07/2020

2020.05.07 16:47:48 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 5/7/2020, and the person was arrested on *(date)* 5/8/2020
at *(city and state)* Washington, D.C.

Date: 5/11/2020

*Arresting officer's signature*

Vincent Cruse   DUSM
*Printed name and title*