UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | |
| SHEMARA SHAY MACK-SMITH, | VIOLATIONS:<br><br>18 U.S.C. § 2252(a)(2)<br>(Distribution of Child Pornography) |
| Defendant | |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

On or about May 4, 2020, in the District of Columbia and elsewhere, the defendant, **SHEMARA SHAY MACK-SMITH**, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**(Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

MICHAEL SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

*Amy E. Larson*
Amy E. Larson
Assistant United States Attorney,
New York Bar No. 4108221
U.S. Attorney's Office
555 4th Street, N.W., Room 4-842
Washington, D.C. 20530
202-252-7863
Amy.larson2@usdoj.gov