### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **SHEMARA SHAY MACK-SMITH,** | : | |
| **Defendant.** | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Shemara Shay Mack-Smith, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offense; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which she is pleading guilty: Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2).

## Statement of Facts

1.  On or about Wednesday April 29, 2020, members of the Federal Bureau of Investigation (FBI) Washington Field Office (WFO) and Metropolitan Police of the District of Columbia (MPDC) Child Exploitation and Human Trafficking Task Force (CEHTTF) received information from an FBI agent assigned to the Baltimore Field Office (BFO) in Maryland. An individual (hereinafter "W-1") contacted the Prince George's County Police Department to report information related to the sexual abuse of a nine-year-old child. The members responded to a Prince George's County Police Department (PGCPD) Station and interviewed W-1.

2.  W-1 stated that a relative of his (hereinafter "W-2") had been involved in a romantic relationship with an adult female, subsequently identified as DEFENDANT-1 (arrested and charged separately, as detailed below), for the last month. W-1 stated that

1

W-2 informed him that DEFENDANT-1 sent him sexually explicit images depicting a young, prepubescent, female child.

3.      Through further investigation by law enforcement, a search warrant was obtained from the United States District Court for the District of Columbia, authorizing the search of DEFENDANT-1's residence. Upon arriving at DEFENDANT-1's residence, members of the CEHTTF found DEFENDANT-1 and the child depicted in the above-mentioned abuse images. DEFENDANT-1 was arrested, on April 30, 2020, and charged with the Production and Distribution of Child Pornography.

4.      The investigation revealed that DEFENDANT-1 invited W-2 into various online chat rooms. DEFENDANT-1 introduced W-2 to Shemara Shay Mack-Smith (hereinafter the "DEFENDANT-2"). According to W-2, he became Facebook "friends" with both DEFENDANT-1 and DEFENDANT-2. W-2 informed law enforcement that, on or around April 25, 2020, DEFENDANT-1 invited W-2 and DEFENDANT-2 to DEFENDANT 1's residence in Washington DC. While at DEFNDANT 1's residence, W-2 engaged in sexual activity with the DEFENDANT-2. Additionally, while at DEFENDANT-1's residence, DEFENDANT-2 gave W-2 her user name on an end to end encrypted mobile messaging application so that they could communicate.[1] Furthermore, while at DEFENDANT 1's residence in the District of Columbia, DEFENDANT-2 showed W-2 pornography – using her cellular telephone.

5.      On or about May 1, 2020, W-2 informed law enforcement that, on April 25, 2020, DEFENDANT-2 began to communicate on a regular basis with W-2 via the above-

---

[1] The name of this social media application, which utilizes end to end encryption and allows users to exchange messages and images, is known to law enforcement. It is being withheld here to protect the ongoing investigation and to prevent the destruction of evidence. This social media application is tied to a user's phone number. Thus, when users exchange information – such as user names with one another - users have the ability to see each other's phone numbers, as well.

mentioned end to end encrypted mobile messaging application.

6. In messages exchanged between DEFENDANT-2 and W-2, DEFENDANT-2 sent W-2 numerous videos depicting the sexual abuse of young children.[2] Some of the videos are described as follows:

    a. A video of what appears to be a prepubescent male child, in a bathroom, fully nude. The camera is positioned and focused in such a way that the child's genitals and anus are visible in portions of the video. In other portions, the child appears to be engaged in actual or simulated masturbation.

    b. A video of an adult male sexually assaulting a female child, who appears to be under the age of 10. The adult male's penis can be seen penetrating the child's vagina.

    c. A video of an adult male inserting his penis into the mouth of what appears to be a prepubescent female child.

    d. A video of what appears to be an adult male, forcing his penis into the mouth of a toddler, who appears to be younger than 3 years old.

    e. A video of adult male, raping a toddler. The videos depicts this man's penis penetrating the toddler's vagina. The adult male is shown ejaculating onto the toddler's vagina.

---

[2] W-2 and the DEFENDANT both reside outside of the District of Columbia.

3

7.      On May 1, 2020, W-2 provided members of the CEHTTF with identifying information about DEFENDANT-2, including her phone number and her Facebook profile. By searching law enforcement databases, a comparison was made between the DEFENDANT-2's Facebook profile picture and a driver's license photograph, depicting Shemara Shay Mack-Smith, DEFENDANT-2. The picture on the Facebook profile, identified by W-2, and the one on the DEFENDANT-2's driver's license depict the same individual, who W-2 identified as the woman he engaged in sexual activity with and who provided him with her user profile information for the previously mentioned end to end encrypted mobile messaging application. Residence information within law enforcement databases was also cross-referenced with the address contained on the DEFENDANT-2's driver's license, and the addresses matched.

8.      Furthermore, on May 1, 2020, W-2 gave permission for law enforcement to assume his online identity. On May 4, 2020, an Online Covert Employee from the Metropolitan Police Department of the District of Columbia (hereinafter the "OCE"), operating in his official capacity and out of his office located in the District of Columbia, exchanged messages via the messaging application with DEFENDANT-2. During the course of this exchange, DEFENDANT-2 sent the OCE videos depicting the sexual abuse of young children. These videos are described as follows:

    a.   A video of what appears to be an adult man's penis penetrating the anus of what appears to be a prepubescent boy. Portions of the video show the man ejaculating in the prepubescent child's anus.

    b.   A video of what appears to be an adult male with his penis inside a toddler's mouth. Portions of the video show the man ejaculating into the child's mouth. The child is then shown spitting the ejaculate out, onto the adult man's penis.

c. A video depicting what appears to be an adult man with his penis inside the mouth of what appears to be a prepubescent boy. The male child is shown on his knees with the man's penis in his mouth.

d. A video of an adult female placing her mouth on the vagina of a prepubescent female child.

9. A search warrant was executed at DEFENDANT-2's residence on May 8, 2020. Numerous digital devices belonging to the DEFENDANT-2, including an Apple iPhone 11, were recovered by law enforcement. The Apple iPhone 11 contained several videos and images depicting the sexual abuse of young children. Additionally, DEFENDANT-2 saved DEFENDANT-1 as a "contact" on this device. DEFENDANT-2 and DEFENDANT-1 exchanged numerous messages using this digital device between April 20, 2020 and the time of DEFENDANT-1's arrest.

Respectfully,

MICHAEL SHERWIN
ACTING UNITED STATES ATTORNEY
N.Y. Bar No. 4444188

*Amy C. Larson*
Amy E. Larson
Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Shemara Shay Mack-Smith, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 8·18·20

_Shemara Shay Mack-Smith/mx_

Shemara Shay Mack-Smith
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 8·18·20

Mark J. Carroll, Esq.
Attorney for Defendant