May 09, 2023

Vannessa D. Williams, Ph.D.

To: The Honorable Judge and Court

**Re: Character Reference for Shemara Mack-Smith**

Dear Honorable Judge,

The purpose of this letter is to provide a character reference for Mrs. Shemara Mack-Smith, whom I have known as a friend and professional colleague, for five years.

I first met Shemara Mack-Smith, affectionately known as Shay, during her federal government career as a Lead Project Manager for the Food and Drug Administration (FDA). I can confirm and attest to her character that she is careful, considerate, passionate, and dedicated to the well-being of others, her family, and her community. Mrs. Mack-Smith has done so much for so many in her community, her place of employment, and family on such a range of important issues; often for no compensation, and at great personal cost.

During Shay's career, she was well regarded among all the staff at the agency as a person of high integrity and honesty. We have worked together through many emergency/intense situations to support the review of regulatory products and she has always conducted herself with compassion, and a high regard of exemplary customer service to those that need support. She has exemplified humbleness, empathy, and compassion for her team members and senior leaders. Mrs. Mack-Smith is a very sincere, enthusiastic, and a hard-working leader for our agency and her community. In my opinion, Shemara is one of the most gifted and dedicated colleagues that I have ever had the pleasure and honor of working alongside. She has always exhibited patience, consistency, and reliability with her staff members and colleagues.

Shay is a living and jolly human being and is always there for anybody. I have personally witnessed Shay support and collaborate with countless individuals to overcome many obstacles efficiently and effectively, including myself. Her helpful nature always makes her my go to person in any situation of crisis, especially with my young son and family. Shemara is a woman of integrity and honesty. She is a community-minded and family driven individual who regularly puts the needs of others before her own. Best evident through her substantial community work, both professional and voluntary; as well as her unprecedented tireless work ethic; a testament to her placement of others' needs above her own.

In the time that I have known Mrs. Mack-Smith, she has always achieved what she sets her mind to, with dedication and sheer force of will. I hope that you consider the tenacity, compassion, courage, and empathy of this wonderful wife, mother, colleague, and friend. Thank you for your consideration.

If you wish for me to confirm any of the above, please do not hesitate to contact me at (240) 678-6885.

Sincerely,

*[signature: Williams]*

Vannessa D. Williams, Ph.D.