APPEAL,CAT A,CLOSED,Sealed_Case

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: **1:20−cr−00157−TNM** All Defendants
## *SEALED*

Case title: USA v. SEALED

Magistrate judge case number:  1:20−mj−00082−GMH *SEALED*

Date Filed: 08/10/2020

Assigned to: Judge Trevor N. McFadden

**Defendant (1)**

| | |
|---|---|
| **SHEMARA SHAY MACK−SMITH**<br>*also known as*<br>SHEMERA SHAY MACK−SMITH | represented by **Mark John Carroll**<br>MARK JOHN CARROLL ESQ., P.C.<br>39641 Tern Road<br>Bethany Beach, DE 19930<br>(443) 421−3475<br>Email: markjcarroll@hotmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2252(a)(2); ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO; Distribution of Child Pornography.<br>(1) | Defendant sentenced to a term of One Hundred Eight (108) Months of Incarceration as to Count 1, followed by a term of One Hundred Twenty (120) Months of Supervised Release. Special Assessment of $100 imposed. Restitution in the amount of $3,000. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

COMPLAINT in Violation of
18:2252(a)(2)

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Amy Elizabeth Larson** <br> UNITED STATES ATTORNEY'S OFFICE <br> 555 4th Street, NW <br> Washington, DC 20530 <br> (202) 252–7863 <br> Email: amy.larson2@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant U.S. Attorney* <br><br> **Jocelyn Patricia Bond** <br> U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA <br> 555 Fourth Street, NW <br> Washington, DC 20001 <br> (202) 252–2571 <br> Email: jocelyn.bond@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2020 | 1 | COMPLAINT as to SHEMERA SHAY MACK–SMITH (1). (Attachments: # 1 Affidavit Affidavit in Support) (bb) [1:20–mj–00082–GMH *SEALED*] (Entered: 05/08/2020) |
| 05/07/2020 | 2 | MOTION to Seal Case by USA as to SHEMERA SHAY MACK–SMITH. (Attachments: # 1 Text of Proposed Order)(bb) [1:20–mj–00082–GMH *SEALED*] (Entered: 05/08/2020) |
| 05/07/2020 | 3 | ORDER granting 2 Motion to Seal Case as to SHEMERA SHAY MACK–SMITH (1). Signed by Magistrate Judge G. Michael Harvey on 5/7/2020. (bb) [1:20–mj–00082–GMH *SEALED*] (Entered: 05/08/2020) |
| 05/08/2020 | | Arrest of SHEMERA SHAY MACK–SMITH. (zpt) [1:20–mj–00082–GMH *SEALED*] (Entered: 05/12/2020) |
| 05/11/2020 | 5 | Arrest Warrant Returned Executed on 5/11/2020 as to SHEMERA SHAY MACK–SMITH. (zpt) [1:20–mj–00082–GMH *SEALED*] (Entered: 05/12/2020) |
| 05/11/2020 | | ORAL MOTION to Appoint Counsel by SHEMERA SHAY MACK–SMITH. (zpt) [1:20–mj–00082–GMH *SEALED*] (Entered: 05/12/2020) |
| 05/11/2020 | | ORAL MOTION to Commit Defendant to Custody of Attorney General by USA as to SHEMERA SHAY MACK–SMITH. (zpt) [1:20–mj–00082–GMH *SEALED*] (Entered: 05/12/2020) |

| | | |
|---|---|---|
| 05/11/2020 | | ORAL MOTION for Release from Custody by SHEMERA SHAY MACK–SMITH. (zpt) [1:20–mj–00082–GMH *SEALED*] (Entered: 05/12/2020) |
| 05/11/2020 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: Initial Appearance as to SHEMERA SHAY MACK–SMITH held on 5/11/2020. Oral Motion to Appoint Counsel by SHEMERA SHAY MACK–SMITH (1) Heard and Granted. Oral Motion by the Government to Commit Defendant to Custody of Attorney General as to SHEMERA SHAY MACK–SMITH (1) Heard and Granted. Oral Motion for Release from Custody by SHEMERA SHAY MACK–SMITH (1) Heard and Denied. Preliminary Hearing set for 6/19/2020 at 01:45 PM in Courtroom 7 before Magistrate Judge Robin M. Meriweather. Bond Status of Defendant: Defendant Committed/Commitment Issued; Court Reporter: Jan Dickman; Defense Attorney: Mark Carroll; US Attorney: Amy Larson; Pretrial Officer: John Copes; (zpt) [1:20–mj–00082–GMH *SEALED*] (Entered: 05/12/2020) |
| 05/12/2020 | 6 | NOTICE OF ATTORNEY APPEARANCE Amy Elizabeth Larson appearing for USA. (bb) [1:20–mj–00082–GMH *SEALED*] (Entered: 05/12/2020) |
| 05/15/2020 | 7 | NOTICE OF ATTORNEY APPEARANCE: Mark John Carroll appearing for SHEMERA SHAY MACK–SMITH. (zhsj) [1:20–mj–00082–GMH *SEALED*] (Entered: 05/19/2020) |
| 06/06/2020 | 8 | ORDER OF DETENTION PENDING TRIAL – Defendant Held Without Bond as to SHEMERA SHAY MACK–SMITH. Signed by Magistrate Judge G. Michael Harvey on 6/6/2020. (zpt) [1:20–mj–00082–GMH *SEALED*] (Entered: 06/08/2020) |
| 06/15/2020 | 9 | MOTION for Protective Order by USA as to SHEMERA SHAY MACK–SMITH. (Attachments: # 1 Text of Proposed Order)(zhsj) [1:20–mj–00082–GMH *SEALED*] (Entered: 06/15/2020) |
| 06/15/2020 | 10 | Consent MOTION to Continue Preliminary Hearing by USA as to SHEMERA SHAY MACK–SMITH. (bb) [1:20–mj–00082–GMH *SEALED*] (Entered: 06/15/2020) |
| 06/16/2020 | 11 | ORDER granting 10 Consent Motion by USA to Continue Preliminary Hearing as to Defendant SHEMERA SHAY MACK–SMITH; continuing the Preliminary Hearing to 7/20/2020 at 11:30 AM in Courtroom 4 before Magistrate Judge Deborah A. Robinson; excluding the time from 6/19/2020 through 7/20/2020 in computing the date for speedy trial, in the interest of justice; signed by Magistrate Judge Robin M. Meriweather on 6/16/2020. (zkk) [1:20–mj–00082–GMH *SEALED*] (Entered: 06/16/2020) |
| 06/18/2020 | 12 | CONSENT PROTECTIVE ORDER GOVERNING DISCOVERY : granting 9 Unopposed Motion by USA for Protective Order as to SHEMERA SHAY MACK–SMITH; signed by Magistrate Judge Robin M. Meriweather on 6/18/2020. (zkk) [1:20–mj–00082–GMH *SEALED*] (Entered: 06/22/2020) |
| 06/25/2020 | 13 | NOTICE of Filing of Discovery Letter by USA as to SHEMERA SHAY MACK–SMITH (Attachments: # 1 Discovery Letter)(zhsj) [1:20–mj–00082–GMH *SEALED*] (Entered: 06/26/2020) |
| 07/17/2020 | 14 | CONSENT MOTION to Continue Preliminary Hearing by USA as to SHEMERA SHAY MACK–SMITH. (Attachments: # 1 Text of Proposed Order)(zhsj) [1:20–mj–00082–GMH *SEALED*] (Entered: 07/17/2020) |
| 07/20/2020 | 15 | ORDER granting 14 Motion to Continue Preliminary Hearing as to SHEMERA SHAY MACK–SMITH (1). Preliminary Hearing continued to 9/10/2020 at 2:00 PM in Telephonic/VTC before Magistrate Judge Robin M. Meriweather. Signed by |

| | | |
|---|---|---|
| | | Magistrate Judge Deborah A. Robinson on 7/20/2020. (ztl) [1:20–mj–00082–GMH *SEALED*] (Entered: 07/20/2020) |
| 07/23/2020 | | MINUTE ORDER: It is hereby ORDERED, that the preliminary hearing now scheduled for September 10, 2020 is, at the request of counsel, advanced to 2:00 p.m. on September 9, 2020. Signed by Magistrate Judge Deborah A. Robinson on 7/23/2020. (ztl) [1:20–mj–00082–GMH *SEALED*] (Entered: 07/23/2020) |
| 07/23/2020 | | Set/Reset Hearings as to SHEMERA SHAY MACK–SMITH: Preliminary Hearing set for 9/9/2020 at 2:00 PM by Telephonic/VTC before Magistrate Judge Robin M. Meriweather. (ztl) [1:20–mj–00082–GMH *SEALED*] (Entered: 07/23/2020) |
| 07/28/2020 | 16 | NOTICE of Discovery by USA as to SHEMERA SHAY MACK–SMITH (Attachments: # 1 Letter) (zhsj) [1:20–mj–00082–GMH *SEALED*] (Entered: 07/28/2020) |
| 08/10/2020 | 17 | SEALED INFORMATION as to SHEMARA SHAY MACK–SMITH (1) count(s) 1. (bb) (Entered: 08/11/2020) |
| 08/20/2020 | | NOTICE OF HEARING as to SHEMARA SHAY MACK–SMITH. The parties shall take notice that an Arraignment and Plea Agreement Hearing is set for 8/31/2020 at 2:30 PM before Judge Trevor N. McFadden. The hearing will be held via videoconference. (zhmc) (Entered: 08/20/2020) |
| 08/31/2020 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Arraignment and Plea Agreement Hearing, via videoconference, as to SHEMARA SHAY MACK–SMITH held on 8/31/2020. Defendant consented to proceed via videoconference. Defendant entered a plea of Guilty as to Count 1 of the Information. Referral to the Probation Office deferred. Joint Status Report due by 11/30/2020. Bond Status of Defendant: Defendant remains committed; Defense Attorney: Mark J. Carroll; US Attorney: Amy E. Larson; Court Reporter: Tim Miller. (zhmc) (Entered: 08/31/2020) |
| 08/31/2020 | 18 | PLEA AGREEMENT as to SHEMARA SHAY MACK–SMITH. (zhmc) (Entered: 09/01/2020) |
| 08/31/2020 | 19 | STATEMENT OF OFFENSE as to SHEMARA SHAY MACK–SMITH. (zhmc) (Entered: 09/01/2020) |
| 08/31/2020 | 20 | WAIVER OF INDICTMENT by SHEMARA SHAY MACK–SMITH. Signed by Judge Trevor N. McFadden on 8/31/2020. (zhmc) (Entered: 09/01/2020) |
| 08/31/2020 | 21 | WAIVER of Trial by Jury as to SHEMARA SHAY MACK–SMITH. Approved by Judge Trevor N. McFadden on 8/31/2020. (zhmc) (Entered: 09/01/2020) |
| 11/19/2020 | 22 | JOINT STATUS REPORT by USA as to SHEMARA SHAY MACK–SMITH. (Attachments: # 1 Text of Proposed Order) (zhsj) (Entered: 11/25/2020) |
| 11/25/2020 | | MINUTE ORDER as to SHEMERA SHAY MACK–SMITH. Pursuant to the parties 22 Joint Status Report, it is hereby ORDERED that the parties shall file another Joint Status Report by January 11, 2021. Signed by Judge Trevor N. McFadden on 11/25/2020. (zhmc) (Entered: 11/25/2020) |
| 01/03/2021 | 23 | Joint STATUS REPORT by USA as to SHEMARA SHAY MACK–SMITH (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 01/04/2021) |
| 01/04/2021 | | |

4

| | | |
|---|---|---|
| | | MINUTE ORDER as to SHEMARA SHAY MACK−SMITH. Pursuant to the parties' 23 Joint Status Report, it is hereby ORDERED that the parties shall file another Joint Status Report by March 15, 2021. Signed by Judge Trevor N. McFadden on 1/4/2021. (zhmc) (Entered: 01/04/2021) |
| 03/05/2021 | 24 | JOINT STATUS REPORT by USA as to SHEMARA SHAY MACK−SMITH (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 03/05/2021) |
| 03/05/2021 | | MINUTE ORDER as to SHEMARA SHAY MACK−SMITH. Pursuant to the parties' 24 Joint Status Report, it is hereby ORDERED that the parties shall file another Joint Status Report by May 17, 2021. Signed by Judge Trevor N. McFadden on 3/5/2021. (zhmc) (Entered: 03/05/2021) |
| 05/13/2021 | 25 | JOINT STATUS REPORT by USA as to SHEMARA SHAY MACK−SMITH (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 05/14/2021) |
| 05/14/2021 | | MINUTE ORDER as to SHEMARA SHAY MACK−SMITH. Pursuant to the parties' 25 Joint Status Report, it is hereby ORDERED that the parties shall file another Joint Status Report by July 19, 2021. SO ORDERED. Signed by Judge Trevor N. McFadden on 5/14/2021. (zhmc) (Entered: 05/14/2021) |
| 07/15/2021 | 26 | JOINT STATUS REPORT by USA as to SHEMARA SHAY MACK−SMITH (zltp) (Entered: 07/15/2021) |
| 07/16/2021 | | MINUTE ORDER as to SHEMARA SHAY MACK−SMITH (1). Upon consideration of the parties' 26 Joint Status Report, the parties shall submit a Supplemental Status Report updating the Court and proposing a schedule for further proceedings by September 15, 2021. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/16/2021. (zhmc) (Entered: 07/16/2021) |
| 09/07/2021 | 27 | JOINT STATUS REPORT by USA as to SHEMARA SHAY MACK−SMITH (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 09/07/2021) |
| 09/07/2021 | | MINUTE ORDER as to SHEMARA SHAY MACK−SMITH (1). Upon consideration of the parties' 26 Joint Status Report, the parties shall submit a Supplemental Status Report updating the Court and proposing a schedule for further proceedings by November 15, 2021. SO ORDERED. Signed by Judge Trevor N. McFadden on 9/7/2021. (zhmc) (Entered: 09/07/2021) |
| 10/13/2021 | 28 | Unopposed MOTION for Protective Order by USA as to SHEMARA SHAY MACK−SMITH. (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 10/13/2021) |
| 10/13/2021 | 29 | ORDER granting 28 Unopposed Motion for Protective Order as to SHEMARA SHAY MACK−SMITH. See attached Protective Order for details. Signed by Judge Trevor N. McFadden on 10/13/2021. (zhmc) (Entered: 10/13/2021) |
| 11/10/2021 | 30 | JOINT STATUS REPORT by USA as to SHEMARA SHAY MACK−SMITH (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 11/15/2021) |
| 11/15/2021 | | MINUTE ORDER as to SHEMARA SHAY MACK−SMITH (1). Upon consideration of the parties' 30 Joint Status Report, the parties shall submit a Supplemental Status Report updating the Court and proposing a schedule for further proceedings by January 18, 2022. SO ORDERED. Signed by Judge Trevor N. McFadden on 11/15/2021. (zhmc) (Entered: 11/15/2021) |

| 01/07/2022 | 31 | JOINT STATUS REPORT by USA as to SHEMARA SHAY MACK–SMITH (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 01/07/2022) |
|---|---|---|
| 01/10/2022 | 32 | ORDER as to SHEMARA SHAY MACK–SMITH. Upon consideration of the parties' 31 Joint Status Report, the parties shall submit a Supplemental Status Report by 3/21/2022. See Order for details. Signed by Judge Trevor N. McFadden on 1/7/2022. (zhmc) (Entered: 01/10/2022) |
| 03/14/2022 | 33 | JOINT STATUS REPORT by USA as to SHEMARA SHAY MACK–SMITH (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 03/15/2022) |
| 03/17/2022 | | MINUTE ORDER as to SHEMARA SHAY MACK–SMITH (1). Upon consideration of the parties' 33 Joint Status Report, the parties shall submit a Joint Status Report updating the Court and proposing a schedule for further proceedings by June 20, 2022. SO ORDERED. Signed by Judge Trevor N. McFadden on 3/17/2022. (zhmc) (Entered: 03/17/2022) |
| 06/18/2022 | 34 | JOINT STATUS REPORT by USA as to SHEMARA SHAY MACK–SMITH (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 06/21/2022) |
| 06/22/2022 | | MINUTE ORDER as to SHEMARA SHAY MACK–SMITH (1). Upon consideration of the parties' 34 Joint Status Report, the parties shall submit a Joint Status Report updating the Court and proposing a schedule for further proceedings by September 12, 2022. SO ORDERED. Signed by Judge Trevor N. McFadden on 6/22/2022. (zhmc) (Entered: 06/22/2022) |
| 09/12/2022 | 35 | Joint STATUS REPORT by USA as to SHEMARA SHAY MACK–SMITH (Attachments: # 1 Text of Proposed Order)(zltp) (Entered: 09/12/2022) |
| 09/12/2022 | | MINUTE ORDER as to SHEMARA SHAY MACK–SMITH: Upon consideration of the 35 Joint Status Report, the parties shall submit a Joint Status Report updating the Court and proposing a schedule for further proceedings by November 14, 2022. SO ORDERED. Signed by Judge Trevor N. McFadden on 9/12/2022. (zhmc) (Entered: 09/12/2022) |
| 09/14/2022 | 36 | NOTICE OF ATTORNEY APPEARANCE Jocelyn Patricia Bond appearing for USA. (zltp) (Entered: 09/15/2022) |
| 10/26/2022 | | MINUTE ORDER as to SHEMARA SHAY MACK–SMITH. It is hereby ORDERED that this case is referred to the Probation Office for Presentence Investigation. It is FURTHER ORDERED that Sentencing is set for 2/2/2023 at 2:00 PM in Courtroom 2– In Person before Judge Trevor N. McFadden. Sentencing Memoranda shall be due 1/26/2023. Signed by Judge Trevor N. McFadden on 10/26/2022. (zhmc) (Entered: 10/26/2022) |
| 11/23/2022 | | NOTICE OF RESCHEDULED HEARING as to SHEMARA SHAY MACK–SMITH. The parties shall take notice that the Sentencing previously set for 2/2/2022, is rescheduled to 2/15/2023 at 2:00 PM in Courtroom 2– In Person before Judge Trevor N. McFadden. Sentencing Memoranda due by 2/8/2023.(zhmc) (Entered: 11/23/2022) |
| 01/11/2023 | 40 | ORDER as to SHEMARA SHAY MACK–SMITH re 39 Probation Petition. See Order for details. Signed by Judge Trevor N. McFadden on 1/11/2023. (zhmc) (Entered: 01/12/2023) |
| 01/11/2023 | | MINUTE ORDER as to SHEMARA SHAY MACK–SMITH: It is ORDERED that the sentencing previously scheduled for February 15, 2023 is RESCHEDULED to May 19, |

| | | |
|---|---|---|
| | | 2023 at 2:00 PM in Courtroom 2 before Judge Trevor N. McFadden. Memoranda in aid of sentencing shall be due on or before May 12, 2023. Signed by Judge Trevor N. McFadden on 1/11/2023. (zhmc) (Entered: 01/12/2023) |
| 05/03/2023 | 43 | Psychological Evaluation as to SHEMARA–MACK SMITH cited in 41 Final Presentence Investigation Report. (zhmc) Modified on 5/3/2023 (zhmc). (Entered: 05/03/2023) |
| 05/09/2023 | 46 | NOTICE of Filing by USA as to SHEMARA SHAY MACK–SMITH (Attachments: # 1 Victim Impact Statements, # 2 Restitution Request)(zltp) (Entered: 05/12/2023) |
| 05/10/2023 | 44 | SENTENCING MEMORANDUM by SHEMARA SHAY MACK–SMITH (Attachments: # 1 Exhibit Letters in Support)(zltp) (Entered: 05/10/2023) |
| 05/12/2023 | 45 | SUPPLEMENT (Character Reference Letter) by SHEMARA SHAY MACK–SMITH re 44 Sentencing Memorandum (zltp) (Entered: 05/12/2023) |
| 05/12/2023 | 47 | SENTENCING MEMORANDUM by USA as to SHEMARA SHAY MACK–SMITH (Attachments: # 1 Exhibit)(zltp) (Entered: 05/12/2023) |
| 05/19/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Sentencing held on 5/19/2023 as to SHEMARA SHAY MACK–SMITH. Government's request to unseal the case, granted. The parties shall advise within 14 days which documents should be unsealed. Defendant sentenced to a term of One Hundred Eight (108) Months of Incarceration as to Count 1, followed by a term of One Hundred Twenty (120) Months of Supervised Release. Special Assessment of $100 imposed. Restitution in the amount of $3,000. Bond Status of Defendant: Committed/Commitment Issued. Defense Attorney: Mark John Carroll; US Attorneys: Amy Elizabeth Larson, Jocelyn Patricia Bond; Probation Officer: Kelli Willett; Court Reporter: Lisa Edwards. (zhmc) (Entered: 05/19/2023) |
| 05/19/2023 | 48 | JUDGMENT as to SHEMARA SHAY MACK–SMITH. Statement of Reasons Not Included. Signed by Judge Trevor N. McFadden on 5/19/2023. (zltp) (Entered: 05/22/2023) |
| 05/19/2023 | 49 | STATEMENT OF REASONS as to SHEMARA SHAY MACK–SMITH. re 48 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Trevor N. McFadden on 5/19/2023. (zltp) (Entered: 05/22/2023) |
| 05/22/2023 | 50 | NOTICE OF APPEAL – Final Judgment by SHEMARA SHAY MACK–SMITH re 48 Judgment. Filing fee $ 505. Fee Status: No Fee Paid. Appeal Filed by CJA Counsel. Parties have been notified. (zltp) Modified date filed on 5/23/2023 (zltp). (Entered: 05/23/2023) |

Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 20-157 TNM
)
Shemara Mack-Smith )

## NOTICE OF APPEAL

Name and address of appellant:  Shemara Mack-Smith
Central Virginia Regional Jail
Inmate No. 042325
13021 James Madison Highway
Orange, VA 22960-2807

Name and address of appellant's attorney:  Mark J. Carroll
39641 Tern Road
Bethany Beach, DE 19930-3475

Offense:  Distribution of Child Pornography

Concise statement of judgment or order, giving date, and any sentence:

The defendant received a sentence of 108 months on Friday, May 19, 2023, for the charged offense.

Name and institution where now confined, if not on bail:  Central Virginia Regional Jail

   I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

5-22-23
DATE

Shemara Mack-Smith
APPELLANT

Mark J. Carroll
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ✔
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?          YES ☐   NO ✔
Has counsel ordered transcripts?                YES ☐   NO ✔
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ✔   NO ☐

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
District of Columbia

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| SHEMARA SHAY MACK-SMITH | ) | Case Number: 20-cr-157 (TNM) |
| | ) | USM Number: 5/1/1981 |
| | ) | Mark John Carroll |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   1 of the Information filed on 8/10/2020

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 USC § 2252(a)(2) | Distribution of Child Pornography | 5/4/2020 | 1 |

The defendant is sentenced as provided in pages 2 through   7   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/19/2023
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

Trevor N. McFadden, U.S. District Judge
Name and Title of Judge

5/19/23
Date

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page **2** of **7**

DEFENDANT: SHEMARA SHAY MACK-SMITH
CASE NUMBER: 20-cr-157 (TNM)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
ONE HUNDRED EIGHT (108) MONTHS on Count 1.

☑ The court makes the following recommendations to the Bureau of Prisons:
- incarceration at FCI Alderson.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __7__

DEFENDANT: SHEMARA SHAY MACK-SMITH
CASE NUMBER: 20-cr-157 (TNM)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

ONE HUNDRED TWENTY (120) MONTHS.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☑ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page __4__ of __7__

DEFENDANT: SHEMARA SHAY MACK-SMITH
CASE NUMBER: 20-cr-157 (TNM)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

### U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

AO 245B (Rev. 09/19)  Case 1:20-cr-00157-TNM   Document 51   Filed 05/23/23   Page 13 of 15
Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page 5 of 7

DEFENDANT: SHEMARA SHAY MACK-SMITH
CASE NUMBER: 20-cr-157 (TNM)

## SPECIAL CONDITIONS OF SUPERVISION

Restitution Obligation - You are ordered to make restitution in the amount of $3,000. You must pay the balance of any restitution owed at a rate of no less than $200 each month. Restitution payments shall be made to the Clerk of the Court for the United States District Court, District of Columbia, for disbursement.

Sex Offense Assessment – You must participate in a sex offense-specific assessment. You must pay a percentage of the costs of the assessment, as determined by the Probation Office.

Sex Offender Treatment - You must participate in a sex offense-specific treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program. You must pay a percentage of the costs of the program, as determined by the Probation Office.

Sex Offense Testing [Polygraph] - You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision or treatment program.

Contact Restriction [Sex Offender] - You must not have direct contact with any child you know or reasonably should know to be under the age of 18, with the exception of your own child, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

Computer Monitoring - You must allow the probation officer to install computer monitoring software on any computer (as defined in 18 USC § 1030(e)(1)) you use.

Computer Search - You must submit your computers (as defined in 18 USC § 1030(e)(1)) or other electronic communications or data storage devices or media, to a search. You must warn any other people who use these computers or devices capable of accessing the Internet that the devices may be subject to searches pursuant to this condition. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. Any search will be conducted at a reasonable time and in a reasonable manner.

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 6 of 7

DEFENDANT: SHEMARA SHAY MACK-SMITH
CASE NUMBER: 20-cr-157 (TNM)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 100.00 | $ 3,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Sweet White Sugar Series (Pia) |  | $3,000.00 |  |
| c/o: 14535 Bellevue-Redmond Rd. |  |  |  |
| #201 |  |  |  |
| Bellevue, WA 98007 |  |  |  |

| TOTALS | $ 0.00 | $ 3,000.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

   ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: SHEMARA SHAY MACK-SMITH
CASE NUMBER: 20-cr-157 (TNM)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __100.00__ due immediately, balance due

　　　☐ not later than _____, or
　　　☑ in accordance with ☐ C,　☐ D,　☐ E, or　☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C,　☐ D, or　☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
The financial obligations are immediately payable to the Clerk of the Court for the US District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

You must pay the financial obligations owed according to page 5.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.