## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **SHEMARA SHAY MACK-SMITH**, <br><br> Defendant. | Case No. 1:20-cr-157 (TNM) <br> UNDER SEAL |

## ORDER

Before the Court is the parties' Joint Status Report about unsealing this case. *See* ECF No. 52. It is hereby **ORDERED** that this case shall be unsealed, other than the following documents, which shall remain sealed:

- ECF No. 1 (Complaint and Affidavit in Support)
- ECF No. 4 (Pretrial Services Report)
- ECF No. 18 (Plea Agreement)
- ECF Nos. 22–27, 30–31, 33–35 (Joint Status Reports)
- ECF Nos. 38, 46 (Victim Impact Statements and Restitution Requests)
- ECF Nos. 41–44, 47 (Sentencing Documents)

**SO ORDERED**.

Signed: June 5, 2023

TREVOR N. McFADDEN, U.S.D.J.